IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DMITRII ALZAKHONOV<br><br>Petitioner,<br><br>vs.<br><br>LEONARD ODDO, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-cv-01946-MJH |

**ORDER**

Petitioner's Motion for Temporary Restraining Order is DENIED in part and GRANTED in part. Petitioner requests a Court Order requiring Respondents to provide 72-hour notice before moving Petitioner outside of the District (absent a medical emergency). In the alternative, Petitioner seeks to enjoin transfer outside of the Western District of Pennsylvania. This Court lacks authority to grant the requested relief, as the places of detention, and timing of movement, for aliens pending removal is left to the discretion of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222 n.3 (3d Cir. 2006). Congress has "limited federal district courts' jurisdiction to review decisions or actions made pursuant to the sound discretion of DHS officials[.]" *Jane v. Rodriguez*, No. CV 20-5922 (ES), 2020 WL 10140953, at *1 (D.N.J. May 22, 2020). 8 U.S.C. § 1252(a)(1)(B)(ii) provides that "no court shall have jurisdiction to review any decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security...." In *Khalil v. President, United States*, No. 25-2162, 2026 WL 111933, at *1 (3d Cir. Jan. 15, 2026), the Third

Circuit held that the District Court lacks jurisdiction over any action or proceedings brought to remove an alien from the United States. Therefore, Petitioner's TRO is DENIED to the extent that the Court lacks jurisdiction to order a 72-hour advance notice before transfer and it lacks jurisdiction to enjoin transfer proceedings.

Petitioner's TRO is GRANTED to the extent that the Court ORDERS that, pending a decision on Petitioner's Habeas Petition, if Petitioner is moved from the Moshannon Valley ICE Processing Center Respondents are directed to file a Notice on the record advising of petitioner's new location.

BY THE COURT:

DATED: October 13, 2026

Marilyn J. Horan
United States District Judge